UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.	Case No. 21-30293
    Originating No. 2:21-cr-00092

**MATTHEW BOYD,**

      Defendant.
_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MATTHEW BOYD,** to answer to charges pending in another federal district, and states:

1. On **June 10, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Maine based on an Indictment**. **Defendant is charged in that district with violation of 18 U.S.C. §7(3), 2243(a), and 2246(2)(A) and (B)- Sexual Abuse of a Minor.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney


s/Terrence Haugabook
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
terrence.haugabook@usa.doj.gov
(313) 226-9157

Dated: June 11, 2021